McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
AUG 29 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VICTOR MANUEL VILLANUEVA,

    Defendant.

CASE NO. 1:18 MJ 00151 SAB

[PROPOSED] ORDER SEALING DOCUMENTS

    Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the government's Complaint pertaining to defendant VICTOR MANUEL VILLANUEVA, and government's Request to Seal shall be SEALED until further order of this Court.

    It is further ordered that access to the sealed documents shall be limited to the government.

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the

///

///

///

1  government would be harmed. In light of the public filing of its request to seal, the Court further finds
2  that there are no additional alternatives to sealing the government's motion that would adequately
3  protect the compelling interests identified by the government.

4  Dated: 8/28/2018

THE HONORABLE STANLEY A. BOONE
UNITED STATES MAGISTRATE JUDGE