

FILED
FEB 22 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-00151-SAB |
| Plaintiff, | ORDER TO UNSEAL COMPLAINT |
| v. | |
| VICTOR MANUEL VILLANUEVA, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed on 8/29/2018 be unsealed and become public record.

DATED: 2/22/19

Honorable BARBARA A. McAULIFFE
U.S. MAGISTRATE JUDGE